UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT Greenville TN

Matthew Rogers )
_____ )
_____ )
(Enter above the NAME of the
plaintiff in this action.) )

v. )

Sheriff: Ronnie Lawson )
Jail Administrator: )
Butch Gallion )
(Enter above the NAME of each
defendant in this action.) )

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO (√)

B. If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to the previous lawsuit:

Plaintiffs: _____
_____

Defendants: _____
_____

1

2.  COURT: (If federal court, name the district; if state court, name the county): _____

    _____

3.  DOCKET NUMBER: _____

4.  Name of Judge to whom case was assigned: _____

5.  Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6.  Approximate date of filing lawsuit: _____

7.  Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: Hawkins County Jail

A.  Is there a prisoner grievance procedure in this institution? YES (✓) NO ( )

B.  Did you present the facts relating to your complaint in the prisoner grievance procedure? YES (✓) NO ( )

C.  If your answer is YES,

    1.  What steps did you take? Filed a complaint with no answer or reply in return to my complaint

    2.  What was the result? no answer or result being treated diff(cause of filing complaints

D.  If your answer to B is NO, explain why not. _____

    _____

E.  If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES ( ) NO (✓)

F.  If your answer is YES,

    1.  What steps did you take? _____

    _____

2

2. What was the result? _____

## III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: Matthew Rogers

Present address: 117 Justice Center Drive Rogersville, TN

Permanent home address: 360 Sulphur Springs Rd Rogersville 37857 TN 37857

Address of nearest relative: _____

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: Ronnie Lawson

Official position: Sheriff

Place of employment: Hawkins County Sheriffs office

C. Additional defendants: Butch Gallion - Jail Administrator Hawkins County Sheriff department Southern Health Partners, et al

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

I'm currently being housed in Hawkins

3

County jail. I'm a (TDOC) inmate on a 8yr sentence at 30%. I recently went up for parole at this institution and was denied parole because I need to take the Risk and Needs assement drug classes that are not provided here on 9/19/23 was my parole date. On 10/5/23 I filed a grievance based on the following:

* Conditions of Confinement. 8Th & 14Th AM.(viol)

* Medical Care, Mental Healthcare, Dental & Vision. 8Th am. (inadequate)

* Mail procedures inadequate. 1st am

* Church, Freedom of Religion  1st am.

* Law Library, inadequate access. 1st am.

## V. RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

* Injunctive Relief: Immediate transfer to a T.D.O.C. facility

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this ___October___ day of ___10th___, 20_23_.

_____Matthew Rogers_____
Signature of plaintiff(s)

5

"Conditions of Confiment."

1) The food is of inadequate portions, serving size's are not up to standard and the daily calories are not provided for say an indigent inmate like me.

2) The wreck time here is inadequate me being a state (TDOC) prisoner under (TDOC) policy's, under state law's, therefore viloating the U.S. Constituton, 8th amendment

3) The unit is too small for the inmates that are housed with 3 people in a two man cell's for month's at a time with no "boat" to lift the mat off the ground, leaving us without proper time for showering, use of the phone the kiosk, and legal law library

4) All of the above and other issues included in this suite may not be a constitutional violation when considered by themselves, but when componed together I'm pleading a violation of my constitutional right's.

\* Medical Care, Mental Health, Dental-Vison Care ··

1) Im a TDOC prisoner needing medical care for several & severe issues concerning my personal health.

2) As a TDOC prisoner im being denied the proper medecine's I need for the issues of anxiety, bi-polar, severe depression. and 1on1 dailly counseling mental Health with a certified counsleor.

3) Im having issues with my teeth and cause I am a indigent inmate Im not allowed a visit to the dentist I have more than several broke teeth to the root that causes severe pain and discomfort there is "no" on-site dentist avaliable for inmates

4) At this current moment I have problems seeing to spell out my words correctly causing issues of not being able to see properly in a dangerous environment therefore placing me in physciall danger

\* Mail procedures ··

1) The legail mail out policy's here are not being followed. You have to send out regular mail & legail mail un-sealed to be inspected. legal work is being destroyed brought to inmates torn-up you don't sign for legal work there is a fear that this won't make it to you cause of past issues. this constitutes a 1st amendment violation to corespond with the courts.

\* Church Freedom of Religion ··

Im being denied the right to worship how I want to violating my religous freedom. As a practising 7th day adventist Im not allowed to obseve my sabboth and or follow my dieteray laws here. When I speak on this im told that this issue is not theirs, and I can worship their faith & religon or not at all. therefore Im claiming violation of Freedom of Religion a 1st admendment right under the U.S. constitution

\* legal law library, access to courts:

1) There is not adequate time given to being able to access the kiosk that has the legal law library or have an individual such as legal aide to help you. There is too many people per "tier" to be able to properly use the legal law library for legal issues that I personally need done, and they do not provide "legal forms" or "notary of public" to file legal papers + documents to the courts.

2) The law library thats allowed on the "kiosk" is out of order and has been for years per maintance order memo that shows on the box when you try to access at this facility.

## ** PLEADING OF this Suit **

In addition to the issues named so far in this suite, I Matthew Rogers am pleading constitional violations against the named individuals:

A) ~~Butch~~ Butch Gallion Jail adminstrator Mr. Gallion is in charge of running this jail. and its well known that these issues exist therefore he is guilty of deliberate indifference to these violations against my constitutional rights

B) Sherrif Ronnie Lawson who is in charge of Butch Gallion, and is also well aware of these violation's against me but still has done nothing to prevent these issues while having the authority and power by laws (TCA) to change. Therefore i'm charging sherrif Lawson With being Deliberately indifferent to my U.S. Constitutional Rights by Knowingly Acquiced in the unconstitutional acts being inflicted on Me here.

C) Southern Health Partners, INC., etal:
1) Dr. Mathews, 2) Emma Arnold, FNP are both guilty of the Medical, dental, vision and Mental health violations in this case by being deliberately indifferent to those needs.

## ** PLEADING CON'T:

(Final) – The final issue of this Suit is Due to <u>No Classifaction</u> System to properly classify Me or any other inmates due to their designated Status. Mixing pre-trial detainees, Convicted T.D.O.C. inmates, Misdemeanor Convicted inmates and trustees.

This is Causing Me a Significant Hardship On: Access to programs, classes, certificates that the parole board requires for Me to get parole. This facility is holding Me From getting these requirements, that other T.D.O.C. inmates a "Similiarly Situated class" are getting.

By <u>Not</u> Classifying Me to My Status of Minimum Security available for Drug classes, pre release, and other requirements needed that parole board just told Me I would have to have to go home. This is Causing Me a longer Stay at a Jail Not a T.D.O.C. Facility, Causing taxpayers to harm in paying for My extended Sentence.

* This facility WILL Not Comply to PLRA Requirements of providing a Notary for this action to be properly Filed. Requesting a Federal Court Order Requiring them to comply. Respectfully,

Matthew Pyper