UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| MATTHEW ROGERS,<br><br>    *Plaintiff*,<br><br>v.<br><br>RONNIE LAWSON, BUTCH GALLION, HAWKINS COUNTY SHERIFF'S DEPARTMENT, SOUTHERN HEALTH PARTNERS, INC., DR. MATTHEWS, and FNP EMMA ARNOLD<br><br>    *Defendants*. | Case No. 2:23-cv-137<br><br>Judge Travis R. McDonough<br><br>Magistrate Judge Cynthia R. Wyrick |

## JUDGMENT ORDER

For the reasons set forth in the order filed herewith, this prisoner's pro se complaint for violation of 42 U.S.C. § 1983 is **DISMISSED** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, Plaintiff is **ASSESSED** the filing fee of $405, and the custodian of Plaintiff's inmate trust account is **DIRECTED** to submit payments toward the filing fee in the manner set forth in the memorandum opinion. Also, the Clerk is **DIRECTED** to provide a copy of the contemporaneously filed order and this order to the custodian of inmate accounts at the Hawkins County Jail and the Court's financial deputy.

Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH
UNITED STATES DISTRICT JUDGE**